# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORI BRITT,                  : | |
|       **Plaintiff,**      : | |
|                           : | |
| v.                           : | Civ. No. 22-1325 |
|                           : | |
| PENNSYLVANIA DEPARTMENT      : | |
| OF CORRECTIONS, *et al.*,    : | |
|       **Defendant.**      : | |

## O R D E R

**AND NOW**, this 20th day of May, 2022, upon consideration of *pro se* Plaintiff Jori Britt's Motion for Leave to File an Amended Complaint (Doc. No. 13) and Motion for Preliminary Injunction (Doc. No. 12 at 49–66) is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 13) is **DENIED as moot**. See Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint (Doc. No. 12) is **DEEMED FILED**;

2. Defendants shall **ANSWER, RESPOND, OR OTHERWISE PLEAD** to Plaintiff's Amended Complaint **no later than** Friday, June 3, 2022 at 4:00 p.m.; and

3. Defendants shall **RESPOND** to Plaintiff's Motion for Preliminary Injunction (Doc. No. 12 at 49–66) **no later than** Friday, June 3, 2022 at 4:00 p.m.

                                                                **AND IT IS SO ORDERED.**

                                                              */s/ Paul S. Diamond*
                                                              Paul S. Diamond, J.