IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORI BRITT,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 22-1325 |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS,** *et al.*, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 7th day of July, 2022, upon consideration of Plaintiff's Motion for Appointment of Counsel (Doc. No. 27), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Preliminary Injunction (Doc. No. 12 at 49–66) is **DENIED without prejudice**;

2. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 29) is **DENIED without prejudice**;

3. Defendants' Motion to Partially Dismiss Amended Complaint (Doc. No. 18) is **DENIED without prejudice**;

4. Plaintiff's Motion for Appointment of Counsel is **GRANTED** as follows: The above captioned case is referred to the Clerk's Office so attempts can be made to obtain counsel through the Prisoner Civil Rights Panel in conjunction with the pro bono program which has been approved by the Court; and

5. This case shall be placed in **SUSPENSE** until counsel has been appointed.

**AND IT IS SO ORDERED.**

 */s/ Paul S. Diamond*
Paul S. Diamond, J.